**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

CHAD LIGHTFOOT                                        CIVIL ACTION

VERSUS                                                       NO. 23-1035

KOEPPEL, LLC (LAW FIRM), ET AL.                SECTION "H"(4)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the failure of any party to file an

objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate

Judge's Report and Recommendation and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that Chad Lightfoot's civil rights complaint be **DISMISSED**

**WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 24th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE